# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:04-cr-0375-RLH-GWF |
| vs. | ) | (Motion to Allow Briefing–#150) |
| CARLOS JAVIER LOPEZ, | ) | |
| Defendant. | ) | |

Before the Court is Defendant Lopez's **Request to Allow Briefing on Lopez's Request for a Sentencing Reduction** (#150, filed March 5, 2015). No opposition has been filed to Defendant's motion. The Court has reviewed the motion and finds good cause to grant it.

IT IS THEREFORE ORDERED that the Court's Order of September 27, 2013 (#143) is reactivated and Defendant Lopez is directed to file a new Motion to Reduce Sentence no later than May 29, 2015.

IT IS FURTHER ORDERED that the United States shall file a response to said motion no more than 30 days following receipt thereof.

Dated: March 26, 2015.

_____
**Roger L. Hunt**
**United States District Judge**

1