1

2

3

4

5           **UNITED STATES DISTRICT COURT**

6               **DISTRICT OF NEVADA**

7                        * * *

8   UNITED STATES OF AMERICA,        )
                                     )
9                    Plaintiff,      )        2:04-CR-00375-RLH-GWF
                                     )
10          vs.                      )        **O R D E R**
                                     )    (Motion to Reduce Sentence Pursuant
11  CARLOS JAVIER LOPEZ,             )    To 18 U.S.C. § 3582(c)(2) – #152
                                     )
12                   Defendant.      )
    _____)

13

14          Before the Court is Defendant's **Motion to Reduce Sentence Pursuant to 18 U.S.C. §**

15  **3582(c)(2)** (#152, filed May 29, 2015) and the Court will exercise its authority under that section

16  to refer this matter to the United States Attorney for a response to the Motion.

17          IT IS THEREFORE ORDERED that Defendant's **Motion to Reduce Sentence Pursuant**

18  **to 18 U.S.C. § 3582(c)(2)** (#152) is hereby REFERRED to the UNITED STATES ATTORNEY

19  for a response  within forty-five (45) days of the entry this Order.  Defendant will then have fifteen

20  (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will

21  be referred for decision.

22          DATED:   June 1, 2015.

23                                        _____

24                                        **Roger L. Hunt**
                                          **United States District Judge**

25

26