# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff,<br><br>v.<br><br>CARLOS JAVIER LOPEZ,<br><br>    Petitioner/Defendant. | Case No. 2:04-cr-375-APG-GWF<br><br>**ORDER DISMSSING MOTION**<br><br>(ECF No. 162) |

    Defendant Carlos Lopez filed a second motion to vacate under § 2255. ECF No. 162. This second motion was stayed as a "second or successive" motion so that Lopez could seek permission to file it from the Court of Appeals for the Ninth Circuit. ECF No. 163. After several months without any updates from Lopez, I ordered him to inform the court of the status of his appeal. ECF No. 168. Lopez did so, relating reasons that he has been delayed in filing his motion with the Court of Appeals, and requesting additional time to complete his motion there. Finding good cause, I gave Lopez one more chance to complete his filing at the Court of Appeals and ordered that he file a response by September 5, 2017, informing the court of the status of his appeal, including the date he filed papers with the Ninth Circuit seeking permission for his second or successive petition. ECF No. 171. I advised Lopez that failure to timely file a response to this order will result in denial of the motion. Lopez did not file a response.

    IT IS THEREFORE ORDERED that Carlos Javier Lopez's motion for 28 U.S.C. § 2255(a) relief **(ECF No. 162) is DENIED**.

    DATED this 5th day of December, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE