# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-375-APG-GWF |
| Respondent/Plaintiff, | |
| v. | **ORDER DENYING MOTION** |
| CARLOS JAVIER LOPEZ, | (ECF No. 162) |
| Petitioner/Defendant. | |

Defendant Carlos Lopez filed a second motion to vacate under 28 U.S.C. § 2255. ECF No. 162. This second motion was stayed as a "second or successive" motion so that Lopez could seek permission to file it from the Court of Appeals for the Ninth Circuit. ECF No. 163, 174. The Ninth Circuit denied the application to file a second or successive motion on April 12, 2018. ECF No. 175.

IT IS THEREFORE ORDERED that Carlos Javier Lopez's motion for 28 U.S.C. § 2255(a) relief **(ECF No. 162) is DENIED**.

DATED this 29th day of May, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE