# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS JAVIER LOPEZ,<br><br>Defendant. | Case No. 2:04-cr-00375-APG-GWF<br><br>**ORDER FOR STATUS HEARING** |

The First Step Act was recently signed into law. It appears that defendant Carlos Lopez may benefit from provisions of that Act. Therefore, a status conference is set for **Tuesday, February 19, 2019, at 10:30 a.m.** in LV Courtroom 6C before Judge Andrew P. Gordon. Prior to that hearing, the lawyers for the respective parties shall review Mr. Dailey's file, confer about what, if anything, needs to be done (e.g., set a briefing schedule, file a stipulation regarding reduction of sentence), and be prepared to discuss these issues at the hearing. If the parties agree that no further action is needed by the court, they may file a stipulation saying so and vacating the hearing.

DATED this 28th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE