RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS JAVIER LOPEZ,<br><br>Defendant. | Case No. 2:04-cr-00375-APG-GWF-1<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Cristina D. Silva, counsel for the United States of America, and Federal Public Defender Rene L. Valladares, and Assistant Federal Public Defender Sylvia A. Irvin, counsel for Carlos Javier Lopez, that the Status Hearing currently scheduled on March 19, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has been appointed to evaluate whether Mr. Lopez is eligible for relief under the First Step Act, Section 404.

2. Defense counsel asks for additional time to determine Mr. Lopez's eligibility for Section 404 relief.

3. Defense counsel will file a motion before the Court's setting of the next status hearing as to Mr. Lopez's eligibility for relief.

4. The parties agree to the continuance.

This is the first request for a continuance of the status hearing.

DATED this 15th day of March, 2019

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: *Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By: *Crisitna D. Silva*<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLOS JAVIER LOPEZ,<br><br>    Defendant. | Case No. 2:04-cr-00375-APG-GWF-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Monday, March 18, 2019 at 10:30 a.m., be vacated and continued to April 17, 2019 at the hour of 10:00 a.m., or to a time and date convenient to the Court in Courtroom 6C.

DATED this 18th day of March, 2019.

                                                    UNITED STATES DISTRICT JUDGE