# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00375-APG-GWF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR STATUS** |
| CARLOS JAVIER LOPEZ, | [ECF No. 188] |
| Defendant. | |

Defendant Carlos Lopez filed a *pro se* motion requesting advice on the status of this matter. ECF No. 188. Lopez is represented by counsel. Under Local Rule IA 11-6, "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Therefore, Lopez's motion (ECF No. 188) is denied as a rogue filing. Lopez should contact his counsel if he wants an update on the status of his case.

DATED this 28th day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE