RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Carlos Javier Lopez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS JAVIER LOPEZ,<br><br>        Defendant. | Case No. 2:04-cr-00375-APG-GWF<br><br>**STIPULATION TO CONTINUE COMPASSIONATE RELEASE MOTION SUPPLEMENT DUE DATE**<br>(First Request)<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Carlos Javier Lopez that the Compassionate Release Motion Supplement due date currently scheduled on June 11, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than 14 days.

This Stipulation is entered into for the following reasons:

1. The parties have requested Mr. Lopez's medical records, but those records have not yet been received. Therefore, a 14-day continuance is requested in order to receive the medical records, review them, and if appropriate, file a supplement to Mr. Lopez's pro se motion.

2. Counsels for Mr. Lopez and the government agree to the continuance.

This is the first request for a continuance of the Compassionate Release Motion Supplement due date.

DATED this 11th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Elizabeth O. White*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS JAVIER LOPEZ,<br><br>　　　　Defendant. | Case No. 2:04-cr-00375-APG-GWF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Compassionate Release Motion Supplement due date currently scheduled for Thursday, June 11, 2020, be vacated and continued to June 25, 2020.

　　　Dated: June 11, 2020.

_____
UNITED STATES DISTRICT JUDGE

3